Belknap,
June 26, 1909.

### VALIRE *v.* LACONIA CAR COMPANY WORKS.

CASE, for personal injuries sustained by the plaintiff while in the defendants' employ. Transferred from the November term, 1908, of the superior court by *Wallace*, C. J., on the plaintiff's exception to an order of nonsuit.

*Shannon & Tilton*, for the plaintiff.

*Jewell, Owen & Veazey*, for the defendants.

PARSONS, C. J. The facts disclose no ground upon which the plaintiff can recover.

*Exception overruled : judgment for the defendants.*

All concurred.

---

Grafton,
June 26, 1909.

### ATWOOD *v.* BURT.

ASSUMPSIT. Transferred from the March term, 1909, of the superior court by *Chamberlin*, J., upon an agreed statement of facts. Upon the ground that the statement was insufficient, the order was,

*Case discharged.*

*Eri C. Oakes*, for the plaintiff.

*George W. Pike*, for the defendant.